BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHELLE A. MAZZETTI,<br><br>               Plaintiff,<br><br>      v.<br><br>CHRIS BELLINO,  individually; DAVID SANCHEZ, individually; BRENDAN BONNER, individually; MICHAEL HASTINGS, individually; AARON SMITH, individually, and DOES 1 through 100<br><br>               Defendants. | CASE NO.  1:13-CV-01123 AWI-GSA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FEDERAL DEFENDANTS' RESPONSE TO THE COMPLAINT** |

Defendants Chris Bellino, David Sanchez, Brendan Bonner, Michael Hastings, and Aaron Smith (collectively, "Federal Defendants") and Plaintiff Michelle Mazzetti stipulate to and respectfully request that the Court approve extending the time period for Federal Defendants' response to the Complaint from December 6, 2013 to January 31, 2013.

1.      Defendants Chris Bellino, David Sanchez, Brendan Bonner, Michael Hastings, and Aaron Smith, current and former National Park Service Law Enforcement Rangers, have been sued in their individual capacities.

2.      On November 26, 2013, the Court granted Plaintiff's request to continue the scheduling conference from December 19, 2013 to February 19, 2014.  (Dkt 16, 17)

3.      On November 27, 2013, the Department of Justice approved representation of Defendants

*Mazzetti v. Bellino,  et al.*, Case No: 1:13-cv-01123 AWI-GSA
STIPULATION AND ORDER TO EXTEND TIME FOR FEDERAL DEFS' RESPONSE TO THE COMPLAINT

1

1    Bellino, Sanchez, Bonner, Hastings, and Smith in their individual capacities.

2         4.    Federal Defendants' response to the Complaint is currently due on December 6, 2013.

3    Additional time is required to enable Federal Defendants to adequately investigate and respond to the

4    Complaint.

5         5.    Plaintiff agrees to extend the time period for Federal Defendants' response to the

6    Complaint to January 31, 2014.  *See also* Dkt 16.

7

8    Dated:  December 2, 2013                    BENJAMIN B. WAGNER
                                                 United States Attorney
9

10                                               */s/ Chi Soo Kim*
                                                 CHI SOO KIM
11                                               Assistant United States Attorney

12
     Dated:  December 2, 2013                    THE DOLAN LAW FIRM
13

14                                               */s/ Quinton Cutlip*
                                                 QUINTON CUTLIP
15                                               Counsel for Plaintiff Michelle Mazzetti

16

17                                  **ORDER**

18        Based on the parties' stipulation set forth above, Federal Defendants are granted an extension of

19   time to respond to the Complaint in this matter.  Accordingly, Federal Defendants shall file their

20   responsive pleading to the Complaint on or before January 31, 2014.

21

22

23   IT IS SO ORDERED.

24
        Dated:   **December 4, 2013**                    **/s/ Gary S. Austin**
25                                               UNITED STATES MAGISTRATE JUDGE

26

27

28