BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. MAZZETTI,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS BELLINO, individually; DAVID SANCHEZ, individually; BRENDAN BONNER, individually; MICHAEL HASTINGS, individually; AARON SMITH, individually, and DOES 1 through 100<br><br>Defendants. | CASE NO. 1:13-CV-01123 AWI-GSA<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR FEDERAL DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT / MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 143, Defendants Chris Bellino, David Sanchez, Brendan Bonner, Michael Hastings, and Aaron Smith (collectively, "Federal Defendants") and Plaintiff Michelle Mazzetti respectfully request approval of their stipulation to the briefing schedule below for Federal Defendants' motion to dismiss the First Amended Complaint / motion for summary judgment.

| | |
|---|---|
| Federal Defendants' motion: | 3/11/2014 (by stipulation- Dkt 24) |
| Plaintiff's Opposition: | 4/1/2014 |
| Federal Defendants' Reply: | 4/18/2014 |
| Hearing: | 5/5/2014. |

*Mazzetti v. Bellino, et al.*, Case No: 1:13-cv-01123 AWI-GSA
STIPULATION [AND PROPOSED ORDER] REGARDING BRIEFING SCHEDULE

1

Dated: March 7, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

Dated: March 10, 2014

THE DOLAN LAW FIRM

*/s/ Quinton Cutlip*
QUINTON CUTLIP
Counsel for Plaintiff Michelle Mazzetti

**ORDER**

IT IS SO ORDERED.

Dated:   March 11, 2014

_____
SENIOR DISTRICT JUDGE

*Mazzetti v. Bellino, et al.*, Case No: 1:13-cv-01123 AWI-GSA
STIPULATION [AND PROPOSED ORDER] REGARDING BRIEFING SCHEDULE

2