UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
APR 03 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

MICHELLE A. MAZZETTI,

        Plaintiff,

        v.

CHRIS BELLINO, individually; DAVID SANCHEZ, individually; BRENDAN BONNER, individually; MICHAEL HASTINGS, individually; AARON SMITH, individually, and DOES 1 through 100

        Defendants.

CASE NO. 1:13-CV-01123 AWI-GSA

**STIPLATION OF DISMISSAL OF DEFENDANTS MICHAEL HASTINGS AND AARON SMITH WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that an action may be dismissed by a plaintiff without order of Court by filing a stipulation of dismissal signed by all parties who have appeared in the action, Plaintiff Michelle Mazzetti and Defendants Chris Bellino, Brendan Bonner, Michael Hastings, Aaron Smith, and David Sanchez (collectively, "Federal Defendants"), by and through their counsel, hereby stipulate that Defendants Michael Hastings and Aaron Smith, and any and all remaining claims for relief against Defendants Hastings and Smith shall be, and hereby are, dismissed with prejudice. This dismissal is without prejudice to Plaintiff's claims against the remaining defendants.

The parties shall bear their own fees and costs.

Respectfully Submitted,

Dated: April 2, 2014

THE DOLAN LAW FIRM

*/s/ Quinton Cutlip*
QUINTON CUTLIP
Counsel for Plaintiff Michelle Mazzetti

1 | Dated: April 2, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Chi Soo Kim*

CHI SOO KIM
Assistant United States Attorney
Counsel for Federal Defendants

It is so Ordered. Dated: 4-3-14

_____
United States District Judge

*Mazzetti v. Bellino, et al.*, Case No: 1:13-cv-01123 AWI-GSA
STIPLATION OF DISMISSAL OF DEFENDANTS MICHAEL HASTINGS AND AARON SMITH WITH PREJUDICE

2