# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE A. MAZZETTI,**<br><br>    **Plaintiff**<br><br>    v.<br><br>**CHRIS BELLINO, et al.,**<br><br>    **Defendants** | **CASE NO. 1:13-CV-1123 AWI GSA**<br><br>**ORDER VACATING MAY 5, 2014 HEARING AND TAKING MATTER UNDER SUBMISSION** |

Defendants have failed a combined motion to dismiss and motion for summary judgment. Hearing on the matter has been set for hearing on May 5, 2014. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 5, 2014, is VACATED, and the parties shall not appear at that time. As of May 5, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 30, 2014                     [signature]

                                                          SENIOR DISTRICT JUDGE