1  BENJAMIN B. WAGNER
United States Attorney
2  CHI SOO KIM
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Federal Defendants

7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10

11  MICHELLE A. MAZZETTI,

CASE NO. 1:13-CV-01123-AWI-GSA

12              Plaintiff,

**STIPULATION AND ORDER FOR MEDICAL EXAMINATION (PSYCHOLOGICAL)**

13        v.

14  CHRIS BELLINO, individually; DAVID SANCHEZ, individually; BRENDAN BONNER, individually, and DOES 1 through 100

**(ECF No. 58)**

15

16              Defendants.

17

18

19     Defendants Chris Bellino, David Sanchez, and Brendan Bonner, and Plaintiff Michelle Mazzetti,

20  by and through their respective counsel, respectfully submit this stipulation and proposed order for a

21  medical examination (psychological) under Federal Rule of Civil Procedure 35.

     The parties hereby stipulate that Plaintiff will submit to a psychological examination on August
22
4, 2015 at 10:00 a.m. at 501 I Street, Sacramento, CA 95814 by Dr. Robert Asarnow, Ph.D. The
23
examination will be taken in the federal building located at 501 I Street, Sacramento, CA, but will not be
24
taken within the United States Attorney's Office. The examination will consist of an interview and the
25
following self-report questionnaires: Beck Anxiety and Depression Inventories, Detailed Assessment of
26
Post-Traumatic Stress, and MMPI-RF. The examination will take between four (4) to seven (7) hours to
27
complete. Defense counsel, or anyone from defense counsel's office, may not have any contact or
28

*Mazzetti v. Bellino, et al.*, Case No: 1:13-cv-01123 AWI-GSA                                                   1
STIPULATION AND ORDER FOR MEDICAL EXAMINATION

communication with Dr. Asarnow during the examination. Plaintiff may not be accompanied at the examination by any individual and may not have any contact or communication with her counsel, or anyone from counsel's office, during the examination. The examination will not be videotaped, but may be audio recorded. If the examination is audio recorded by any party, an exact copy of the audio recording, without any alteration, must be promptly provided to the opposing party within one (1) week of the examination.

Dated: July 15, 2015                                BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    */s/ Chi Soo Kim*
                                                    CHI SOO KIM
                                                    Assistant United States Attorney


Dated: July 15, 2015                                THE DOLAN LAW FIRM

                                                    */s/ Quinton B. Cutlip*
                                                    QUINTON B. CUTLIP
                                                    Attorney for Plaintiff

**ORDER**

The Court has reviewed and adopts the above stipulation. Plaintiff will sit for a psychological examination pursuant to Federal Rule of Civil Procedure 35 and under the terms of the stipulation by the parties.

IT IS SO ORDERED.

Dated:   **July 19, 2015**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE