IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. MAZZETTI,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRIS BELLINO, individually; DAVID SANCHEZ, individually; BRENDAN BONNER, individually; and DOES 1 through 100<br><br>            Defendants. | CASE NO.  1:13-CV-01123 AWI-GSA<br><br>**STIPULATION AND ORDER REGARDING DEPOSITION LIMITS AND DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTION FILING**<br><br>(ECF No. 63) |

Defendants Chris Bellino, Brendan Bonner, and David Sanchez and Plaintiff Michelle Mazzetti respectfully request approval of their joint stipulation for good cause to (1) increase the number of fact depositions from ten (10) to fifteen (15) for each party where the parties have disclosed over forty (40) witnesses; and (2) extend the deadline for fact depositions, expert disclosures, expert discovery, and dispositive motion filing where the parties have agreed to engage in good faith settlement negotiations before depositions are taken.  The proposed deadlines do not affect the dates set for trial or the Final Pretrial Conference, which would remain unchanged.  [Dkt 54]

| | Current Date | Proposed Date |
|---|---|---|
| Fact Depositions: | Sep. 4, 2015 | Oct. 30, 2015 |
| Initial Expert Disclosures: | Sep. 18, 2015 | Nov. 13, 2015 |
| Rebuttal Expert Disclosures: | Oct. 16, 2015 | Dec. 4, 2015 |
| Expert Discovery Cut-Off: | Nov. 13, 2015 | Jan. 8, 2016 |
| Dispositive Motion Filing Deadline: | Jan. 19, 2016 | Feb. 5, 2016 |
| Final Pretrial Conference: | April 21, 2016 | No change- April 21, 2016 |
| Trial: | June 21, 2016 | No change- June 21, 2016 |

*Mazzetti v. Bellino, et al.*, Case No: 1:13-cv-01123 AWI-GSA
STIPULATION AND ORDER RE: DEPOSITION LIMITS, DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTION FILING

1

Dated:  August 3, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Chi Soo Kim*

CHI SOO KIM
Assistant United States Attorney
Counsel for Defendants Bellino, Bonner, and Sanchez

Dated:  August 3, 2015

THE DOLAN LAW FIRM

*/s/ Quinton Cutlip*

QUINTON CUTLIP
Counsel for Plaintiff Michelle Mazzetti

## ORDER

Based on the above stipulation between the parties, and good cause appearing, the Court orders the following deadlines in this case to be continued as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| **Non-expert discovery cutoff**: | Sep. 4, 2015 | Oct. 30, 2015 |
| **Initial Expert Disclosures**: | Sep. 18, 2015 | Nov. 13, 2015 |
| **Rebuttal Expert Disclosures**: | Oct. 16, 2015 | Dec. 4, 2015 |
| **Expert discovery cutoff**: | Nov. 13, 2015 | Jan. 8, 2016 |
| **Dispositive Motion Filing Deadline**: | Jan. 19, 2016 | Feb. 5, 2016 |

All other dates and deadlines shall remain as set forth in the Scheduling Conference Order (ECF No. 54), unless otherwise ordered by the Court.

IT IS SO ORDERED.

   Dated:  **August 4, 2015**                     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

*Mazzetti v. Bellino, et al.*, Case No: 1:13-cv-01123 AWI-GSA
STIPULATION AND ORDER RE: DEPOSITION LIMITS, DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTION FILING

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Mazzetti v. Bellino, et al.*, Case No: 1:13-cv-01123 AWI-GSA
STIPULATION AND ORDER RE: DEPOSITION LIMITS, DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTION FILING

3