BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. MAZZETTI,<br><br>               Plaintiff,<br><br>v.<br><br>CHRIS BELLINO, individually; DAVID SANCHEZ, individually; BRENDAN BONNER, individually, and DOES 1 through 100<br><br>               Defendants. | CASE NO. 1:13-CV-01123 AWI-GSA<br><br>**STIPULATION OF DISMISSAL OF ACTION** |

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that an action may be dismissed by a plaintiff without order of Court by filing a stipulation of dismissal signed by all parties who have appeared in the action, Defendants Chris Bellino, David Sanchez, and Brendan Bonner (collectively, "Federal Defendants") and Plaintiff Michelle Mazzetti, by and through their counsel, hereby stipulate that this entire action, and any and all remaining claims for relief shall be, and hereby are, dismissed with prejudice. Each party shall bear his or her own fees, costs, and expenses.

Dated: August 5, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney
Counsel for Federal Defendants Chris Bellino,
Brendan Bonner, and David Sanchez

Dated:  August 5, 2015				THE DOLAN LAW FIRM

						*/s/ Quinton Cutlip*
						QUINTON CUTLIP
						Counsel for Plaintiff Michelle Mazzetti

### ORDER

Pursuant to Rule 41(a)(1)(A)(ii), this case has automatically terminated because the parties have filed a signed dismissal of the action with prejudice.  <u>See</u> Fed. R. Civ. P. 41(a)(1); <u>Yesh Music v. Lakewood Church</u>, 727 F.3d 356, 362 (5th Cir. 2013).  Therefore, the Clerk shall CLOSE this case in light of the parties' stipulated dismissal of the action with prejudice.

IT IS SO ORDERED.

Dated:   August 6, 2015				_____
						SENIOR  DISTRICT  JUDGE